UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 9:25-cv-80975

ALPHONSO WALKER,
a citizen and resident of Virginia,

           Plaintiff,

vs.

CLASSICA CRUISE OPERATOR, LTD, INC.,
d/b/a MARGARITAVILLE AT SEA

           Defendant.
_____/

## COMPLAINT

Plaintiff, ALPHONSO WALKER, a citizen and resident of Virginia, by and through his undersigned counsel, files her Complaint, hereby sues Defendant, CLASSICA CRUISE OPERATOR, LTD. INC. d/b/a MARGARITAVILLE AT SEA and alleges the following:

### JURISDICTION, VENUE AND PARTIES

1. This is an action for damages in excess of seventy-five thousand ($75,000.00) dollars, exclusive of interest and costs.

2. Plaintiff, ALPHONSO WALKER, is a resident and citizen of Virginia, and is otherwise *sui juris*.

3. At all times material, the Defendant, CLASSICA CRUISE OPERATOR, LTD, INC. d/b/a MARGARITAVILLE AT SEA is registered and authorized to do business in the state of Florida and incorporated in the Commonwealth of the Bahamas.

4. The damages and injuries suffered by Plaintiff support an award of damages in excess of $75,000.00, exclusive of interest and costs.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333, since the accident occurred on a cruise ship in open waters and has the potential to impact maritime commerce.

6. This case also has admiralty subject matter jurisdiction pursuant to 28 U.S.C. § 1333 since the accident occurred on a cruise ship in open waters and has the potential to impact maritime commerce.

7. Alternatively, This case also has jurisdiction pursuant to 28 U.S.C. § 1332, also knowns as Diversity of Citizenship. Plaintiff is a resident of Virginia and Defendant is a foreign corporation.

8. At all material times, CLASSICA CRUISE OPERATOR, LTD, INC., has conducted ongoing substantial and not isolated business activities in the Southern District of Florida, so that in personam jurisdiction over Defendant.

9. At all material times, the Defendant has engaged in the business of operating maritime cruise vessels for fare paying passengers, including the Plaintiff.

10. Venue is proper in this Court pursuant to the Federal Courts Jurisdiction and Venue Clarification Act of 2011.

11. At all times material hereto, the Defendant Classica was the owner of the vessel, Margaritaville at Sea Paradise

12. At all times material hereto, the Defendant Classica maintained, operated and/or controlled the vessel, Margaritaville at Sea Paradise.

13. On or about August 6, 2024, Plaintiff was a fare-paying passenger aboard the Margaritaville at Sea Paradise from the Port of Palm Beach, for a cruise to the Bahamas with a return date of August 7, 2024, and in that capacity was lawfully present aboard the vessel.

14. On or about August 6, 2024, while on board the Margaritaville at Sea Paradies, the Plaintiff was injured when he slipped and fell on water on the bathroom floor due to the shower curtain not being long enough that would stop the water, which caused him to sustain serious injuries.

## COUNT I - NEGLIGENCE

15. Plaintiff adopts, realleges and incorporates by reference all allegations of Paragraphs 1 through 14 above and further alleges the following matters.

16. At all material times, Defendant, CLASSICA CRUISE OPERATOR, LTD. INC. d/b/a MARGARITAVILLE AT SEA, owed Plaintiff, as a fare-paying passenger, a duty of reasonable care for his safety, including a duty to maintain its property, including the bathroom where Plaintiff slipped and fell, in a reasonably safe condition.

17. Defendant had a duty to ensure the stateroom bathroom showers were safe and equipped with a long enough curtain or some form of barrier preventing water from accumulating on the bathroom floor, making it safe for passengers.

18. Defendant breached its duty by not having a shower curtain long enough or any type of barrier that would prevent the water from accumulating on the bathroom floor, which caused the Plaintiff to slip, fall, and injure himself.

19. As a result, of the Defendant's negligence, Plaintiff sustained serious injuries.

**WHEREFORE,** Plaintiff demands judgment against Defendant CLASSICA CRUISE OPERATOR, LTD. INC. d/b/a MARGARITAVILLE AT SEA for compensatory damages, interest and the costs of this action and further demands trial by jury of all issues so triable as of right.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of all issues so triable as of right.

Dated: August 6, 2025

        **CHALIK & CHALIK, P.A**.
        Attorneys for Plaintiff
        10063 N.W. 1st Court
        Plantation, Florida 33324
        Tel.:   (954) 476-1000
        Fax:   (954) 472-1173
        Service:  litigation@chaliklaw.com

        By: /s/ *Debi Chalik*
            DEBI F. CHALIK
            Florida Bar No. 179566
            Debi@chaliklaw.com